UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:19-cr-00034

**United States of America,**
*Plaintiff,*

v.

**Cesar Arturo Rodriguez-Contreras,**
*Defendant.*

Before BARKER, *District Judge*

## ORDER

On June 16, 2019, defendant was charged by indictment with being found in the United States after his removal from this country, in violation of 8 U.S.C. § 1326(a). Doc. 10. Defendant entered into an agreement to plead guilty to that offense, Doc. 23, and consented to have a magistrate judge take his guilty plea. Doc. 19. Magistrate Judge K. Nicole Mitchell conducted a change-of-plea hearing and issued findings and a recommendation that the court accept the guilty plea. The parties waived any objection to that course. The court now **accepts** the magistrate judge's findings and recommendation and **accepts** defendant's guilty plea.

The court reads the plea agreement to contain agreed Sentencing Guidelines calculations governed by Federal Rule of Criminal Procedure 11(c)(1)(C). Pursuant to Rule 11(c)(3)(A), the court **defers** a decision on accepting the plea agreement until the court has reviewed the presentence report.

*So ordered by the court on July 11, 2019.*

J. CAMPBELL BARKER
United States District Judge